IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-CR-00250-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | <u>O R D E R</u> |
| | ) | |
| JUAN VELEZ VARGAS, | ) | |
| Defendant. | ) | |

This matter is before the court on Juan Velez Vargas' Motion for Sentence Relief Under the Federal Prison Bureau Non-Violent Offender Relief Act of 2003 [DE-81]. In support of his motion, Vargas cites to an amendment to 18 U.S.C. § 3624, which would direct the Bureau of Prisons to release from confinement a prisoner who meets certain stated conditions.

The Federal Prison Bureau Non-Violent Offender Relief Act of 2003 was introduced in Congress to amend 18 U.S.C. § 3624, but it has not been enacted into law. *See United States v. Barranco-Flores*, No. 11-2090, 2012 WL 715238 (D.Ariz. March 6, 2012); *United States v. Lara-Nausa*, No. 98 Cr. 707-6, 2011 WL 2610559 (S.D.N.Y. June 21, 2011); *United States v. Arguijo-Cervantes*, No. 07-CR-247, 2010 WL 519853 (E.D.Wis. Feb. 10, 2010); *United States v. Velasco*, No. 99-CR-0066, 2009 WL 3424187 (N.D.Okla. Oct. 23, 2009). For this reason, Vargas' Motion for Sentence Relief Under the Federal Prison Bureau Non-Violent Offender Relief Act of 2003 [DE-81] is DENIED.

SO ORDERED.

This, the 12th day of September, 2013.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge